**AERONCA, INC., Appellant,**

v.

**James G. ROCHE, Secretary of the Air Force, Appellee.**

**No. 03–1579.**

United States Court of Appeals, Federal Circuit.

DECIDED: April 12, 2004.

William W. Thompson, Jr., Principal Attorney, Thompson & Waldron, Alexandria, VA, for Appellant.

Michael N. O'Connell, Principal Attorney, Robert E. Kirschman, Jr., David M. Cohen, of Counsel, Department of Justice, Washington, DC, Thomas Tyler, of Counsel, Department of Defense, Bratenahl, OH, for Appellee.

Before SCHALL, GAJARSA, and LINN, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.